MARY KATE SULLIVAN (State Bar No. 180203)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: bjk@severson.com

Attorneys for Wells Fargo Bank, N.A., As Trustee For The Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Richard A. Ensminger,<br><br>   Debtor.<br><br>Richard A. Ensminger,<br><br>   Appellant,<br><br>   vs.<br><br>Wells Fargo Bank, N.A., As Trustee For The Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC,<br><br>   Appellees. | Case Nos. 2:15-cv-02549-MCE<br><br>Chapter 11<br><br>Bankr. Case No. 13-35297<br><br>**ORDER DISMISSING APPEAL** |

11951.0712/7225092.1

1     The Court, having reviewed the stipulation between Debtor-Appellant Richard A. Ensminger ("Debtor") and Respondent-Appellees Wells Fargo Bank, N.A., As Trustee For The Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC ("Respondents") to dismiss all four appeals arising out of Debtor's bankruptcy proceeding, and good cause appearing,

    Case No. 15-cv-02549-MCE is hereby dismissed.  Each side shall bear its own costs in conjunction with said appeal.  The matter having now been concluded, the Clerk of Court is hereby directed to close the file.

    IT IS SO ORDERED.

Dated:  April 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT